# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TERRICK NOONER                                                            PETITIONER

VS.                              4:19-CV-00210-BRW

U.S. DISTRICT JUDGE BRIAN MILLER, *ET AL.*             RESPONDENT

## ORDER

The Petition to Correct Sentence Imposed in an Illegal Manner is DISMISSED for lack of jurisdiction, because it is a successive habeas petition.[1]

To the extent it is not a habeas case, it is nonsensical and fails to state a claim. For example, Plaintiff alleges that the "(State of Arkansas) has raped me and fed Bin Laden and Al-Qaeda an abortion."[2]

IT IS SO ORDERED this 27th day of March, 2019.

                                                       Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE

---

[1] *Boykin v. U.S.*, 242 F.3d 373 (8th Cir. 2000) (holding that successive habeas petitions must be certified by the appropriate court of appeals before they are considered by the district court).

[2] Doc. No. 1.